```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 09 B 03312
MALIKA L JONES
                                            CHAPTER 13

                                            JUDGE: A. BENJAMIN GOLDGAR

          Debtor
     SSN XXX-XX-4871

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 02/02/09 .

     2.  The case was converted to Chapter 7 without confirmation, 02/03/2009.

--------------------------------------------------------------------------
CREDITOR NAME              CLASS        CLAIM AMOUNT      INTEREST     PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------

     Summary of disbursements:
--------------------------------------------------------------------------
                    SECURED    PRIORITY   UNSECURED      OTHER        TOTAL
--------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00        .00         .00         .00          .00
PRINCIPAL PAID          .00        .00         .00         .00          .00
INTEREST PAID           .00        .00         .00         .00          .00
TOTAL PAID              .00        .00         .00         .00          .00
The Debtor's attorney, ROBERT J SEMRAD & ASSOC       , was allowed $      .00
and was paid $       .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $       .00 .




     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



     Dated: 02/13/09                /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
     CASE NO. 09 B 03312 MALIKA L JONES
```